# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | |
|---|---|
| STACEY BERRIER, Administrator of the Estate of Deceased, Ryan Elizabeth Trowbridge | : |
|           Plaintiff – Appellant, | : |
|   v. | : |
| LAKE COUNTY, OH; LAKE COUNTY BOARD OF COMMISSIONERS; FRANK J. LEONBRUNO, Sheriff, in his individual and official capacity as Lake County, Ohio Sheriff; CYNTHIA BROOKS, Captain, in her individual and official capacity as Administrator of Lake County Adult Detention Facility; BRYAN PATE, in his individual and official capacity as a Corrections Officer; JOHN OR JANE DOE, 1-10; UNIVERSITY HOSPITALS HEALTH SYSTEM, INC.; KARIM RAZMJOUEI, Doctor, in his individual and official capacity as Medical Director of Lake County Adult Detention Facility; PATTY HAMMERS, Registered Nurse, in her individual and official capacity as a nurse at Lake County Adult Detention Facility; SABRINA WATSON, Registered Nurse, in her individual and official capacity as a nurse at Lake County Adult Detention Facility; CROSSROADS HEALTH; JOHN OR JANE DOE, 11-20; JOHN OR JANE DOE, 21-25, | : **<u>STIPULATION TO DISMISS</u>** |
|           Defendants – Appellees. | : |

: : : : : : : : : : :

       Pursuant to Rule 33 of the local Rules of the Sixth Circuit, the undersigned hereby stipulate that the above appeal may be dismissed with prejudice upon such terms as have been agreed upon by the parties.

| | |
|---|---|
| */s/ Thomas J. Walsh II* | */s/ Frank H. Scialdone (per email consent on June 22, 2026)* |
| Thomas J. Walsh, II, Esq. | John T. McLandrich, Esq. or |
| Attorney for Appellant | Zachary W. Anderson, Esq. or |
| STACEY BERRIER, Administrator of the Estate of Deceased, Ryan Elizabeth Trowbridge | Frank H. Scialdone, Esq. |
| | Attorneys for Appellees |
| | LAKE COUNTY, OH; LAKE COUNTY BOARD OF COMMISSIONERS; FRANK J. LEONBRUNO, Sheriff, in his individual and official capacity as Lake County, Ohio Sheriff; CYNTHIA BROOKS, Captain, in her individual and official capacity as Administrator of Lake County Adult Detention Facility; BRYAN PATE, in his individual and official capacity as a Corrections Officer; PATTY HAMMERS, Registered Nurse, in her individual and official capacity as a nurse at Lake County Adult Detention Facility; SABRINA WATSON, Registered Nurse, in her individual and official capacity as a nurse at Lake County Adult Detention Facility |

*/s/ Carol Ngoc Tram Tran (per email consent on June 22, 2026)*

Michael Ockerman, Esq. or
Carol Ngoc Tram Tran, Esq.
Attorneys for Appellees
UNIVERSITY HOSPITALS HEALTH SYSTEM,
INC.; KARIM RAZMJOUEI, Doctor, in his
individual and official capacity as Medical Director
of Lake County Adult Detention Facility;

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all counsel of record have been electronically served

with this document as of the date of filing.